

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2015

No. 04-12-00430-CR

Charles **ARRINGTON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1663
Honorable Sharon MacRae, Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
    Marialyn Barnard, Justice
    Luz Elena D. Chapa, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2015.

_____
Keith E. Hottle
Clerk of Court